1  **B.C. BARMANN, SR., COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  By:  Mark L. Nations, Chief Deputy (Bar # 101838)
   **Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, California 93301**
4  **Telephone:  (661) 868-3800**

5  **Attorney for Defendant, KERN COUNTY**

6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10 | **ACS CONSULTING COMPANY, INC.,** | **CASE NO.  1:08-cv-01139 LJO TAG**
11 | **f/k/a/ SUPERIOR CONSULTING**
   | **COMPANY, INC. d/b/a ACS** | **STIPULATION RE: RULE 26 INITIAL**
12 | **HEALTHCARE SOLUTIONS,** | **DISCLOSURES; ORDER**

13              **Plaintiff,**

14       v.

15 **KERN COUNTY, CALIFORNIA,**

16              **Defendant.**

17 **KERN COUNTY,**

18              **Counterclaimant,**

19       v.

20 **ACS CONSULTING COMPANY, INC.,**
   **f/k/a/ SUPERIOR CONSULTING**
21 **COMPANY, INC. d/b/a ACS**
   **HEALTHCARE SOLUTIONS, and**
22 **DOES 1 - 20, inclusive,**

23              **Counterdefendant.**

24

25                         **STIPULATION**

26       The parties, by and through their attorneys of record, hereby stipulate:

27       1.      The parties agree that due to the volume of documents potentially bearing

28 on the issues in this case, for purposes of meeting their obligations under F.R.C.P.

26(a)(1)(A)(ii), the parties may provide a general description by category and location of the documents they may use to support their claims or defenses.

Dated: January 22, 2009         B. C. BARMANN, SR., COUNTY COUNSEL

By   /s/ Mark L. Nations
Mark L. Nations, Chief Deputy
Attorney for Defendant and
Counterclaimant Kern County

Dated: January 30, 2009         SUMNER, SCHICK & PACE

By   /s/ Lorin Subar
Lorin Subar, Esq.
Attorneys for Plaintiff and
Counterdefendants ACS Consulting
Company, Inc., f/k/a/ Superior Consulting
Company, Inc. d/b/a ACS Healthcare
Solutions

Dated: January 30, 2009         BAKER MANOCK & JENSEN

By   /s/ Dirk B. Paloutzian
Dirk B. Paloutzian, Esq.
Attorneys for Plaintiff and
Counterdefendants ACS Consulting
Company, Inc., f/k/a/ Superior Consulting
Company, Inc. d/b/a ACS Healthcare
Solutions

ORDER

The parties having stipulated thereto and good cause appearing therefore, IT IS HEREBY ORDERED, that the parties may meet their obligations under F.R.C.P. 26(a)(1)(A)(ii), by providing a general description by category and location of the documents they may use to support their claims or defenses.

IT IS SO ORDERED.

Dated:  **February 2, 2009**                    **/s/ Theresa A. Goldner**
                                                UNITED STATES MAGISTRATE JUDGE