**OFFICE OF KERN COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
By:  Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone:  (661) 868-3800

**Attorney for Defendant, KERN COUNTY**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACS CONSULTING COMPANY, INC., f/k/a/ SUPERIOR CONSULTING COMPANY, INC. d/b/a ACS HEALTHCARE SOLUTIONS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KERN COUNTY, CALIFORNIA,<br><br>　　　　　Defendant. | CASE NO.  1:08-cv-01139 LJO DLB<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER DATES; ORDER** |
| KERN COUNTY,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>ACS CONSULTING COMPANY, INC., f/k/a/ SUPERIOR CONSULTING COMPANY, INC. d/b/a ACS HEALTHCARE SOLUTIONS, and DOES 1 - 20, inclusive,<br><br>　　　　　Counterdefendant. | |

## STIPULATION

The parties, by and through their attorneys of record, hereby stipulate:

1. The parties agree that in consideration of their desire to pursue a mediation to try and resolve this matter, they need additional time to conduct discovery and desire

1  to postpone some of the dates currently contained in the scheduling order while
2  maintaining the pretrial and trial dates as currently scheduled.
3       2,   The parties agree that the scheduling order may be modified as follows:
4       a.   The discovery cut-off may be extended from December 7, 2009 to March 8,
5            2010.
6       b.   The expert disclosure date may be extended from December 7, 2009 to
7            March 22, 2010.
8       c.   The supplemental expert disclosure date may be extended from January 7,
9            2010 to April 16, 2010.
10      d.   The expert discovery cut-off date may be extended from February 8, 2010
11           to May 7, 2010.
12      e.   The dispositive motion filing deadline may be extended from March 19, 2010
13           to May 7, 2010.
14      3.   The parties agree that the current dates in the scheduling order shall remain
15           as currently scheduled unless otherwise modified by the court:
16           Non-dispositive motion filing deadline: February 11, 2010
17           Pre-trial:     June 22, 2010
18           Trial:         August 2, 2010

21  Dated: October   5  , 2009         OFFICE OF KERN COUNTY COUNSEL

23                                     By    /s/Mark L. Nations
                                             Mark L. Nations, Chief Deputy
24                                           Attorney for Defendant and
                                             Counterclaimant Kern County

Stipulation to Modify Scheduling Order Dates; Order     2

| | |
|---|---|
| Dated: October  6 , 2009 | SUMNER, SCHICK & PACE |
| | By   /s/John W. Lilley III<br>John W. Lilley III, Esq.<br>Attorneys for Plaintiff and<br>Counterdefendants ACS Consulting<br>Company, Inc., f/k/a/ Superior Consulting<br>Company, Inc. d/b/a ACS Healthcare<br>Solutions |

ORDER

The parties having stipulated thereto and good cause appearing therefore, IT IS HEREBY ORDERED, that the current scheduling order dates be modified as follows:

Discovery cut-off is extended to March 8, 2010.

Expert disclosure is extended to March 22, 2010.

Supplemental expert disclosure is extended to April 16, 2010.

Expert discovery cut-off is extended to May 7, 2010.

Dispositive motion filing deadline is extended to May 7, 2010.

IT IS SO ORDERED.

Dated:   **October 7, 2009**            **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

Stipulation to Modify Scheduling Order Dates; Order      3