1  **OFFICE OF KERN COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By:  Mark L. Nations, Chief Deputy (Bar # 101838)**
   **Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, California 93301**
4  **Telephone:  (661) 868-3800**

5  **Attorney for Defendant and Counterclaimant, KERN COUNTY**

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  **ACS CONSULTING COMPANY, INC.,**           **CASE NO.  1:08-cv-01139 LJO DLB**
    **f/k/a/ SUPERIOR CONSULTING**
    **COMPANY, INC. d/b/a ACS**                 **STIPULATION TO DISMISS CASE;**
12  **HEALTHCARE SOLUTIONS,**                   **ORDER**

13            Plaintiff,

14       v.

15  **KERN COUNTY, CALIFORNIA,**

16            Defendant.

17  **KERN COUNTY,**

18            Counterclaimant,

19       v.

20  **ACS CONSULTING COMPANY, INC.,**
    **f/k/a/ SUPERIOR CONSULTING**
21  **COMPANY, INC. d/b/a ACS**
    **HEALTHCARE SOLUTIONS, and**
22  **DOES 1 - 20, inclusive,**

23            Counterdefendant.

24

25                              **STIPULATION**

26       The parties, by and through their attorneys of record, hereby stipulate:

27

28  Stipulation to Dismiss; Order                1

1. The parties having entered into a settlement agreement and that settlement agreement having been performed hereby agree that this lawsuit, including all counter-claims, may be dismissed in its entirety with prejudice.

Dated: January __7__, 2010          OFFICE OF KERN COUNTY COUNSEL

By _____/ s / Mark L. Nations_____
Mark L. Nations, Chief Deputy
Attorney for Defendant and
Counterclaimant Kern County

Dated: January __7__, 2010          SUMNER, SCHICK & PACE

By ____/ s / John W. Lilley_____
John W. Lilley III, Esq.
Attorneys for Plaintiff and
Counterdefendants ACS Consulting
Company, Inc., f/k/a/ Superior Consulting
Company, Inc. d/b/a ACS Healthcare
Solutions

**ORDER**

The parties having stipulated thereto and good cause appearing therefore, IT IS HEREBY ORDERED that case 1:08-cv-01139 LJO DLB , including all counter-claims, be dismissed with prejudice.

Dated: _January 11, 2010_          __/s/ Lawrence J. O'Neill
Honorable Lawrence J. O'Neill
U.S. District Judge

#188403